UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SAMUEL ROY ABRAM,                      CIVIL ACTION NO. 1:16-CV-01537-P
Petitioner

VERSUS                                 JUDGE DONALD E. WALTER

WARDEN M. A. STENCIL                   MAGISTRATE JUDGE PEREZ-MONTES
Defendant

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition filed under § 2241 challenging Abram's detention pursuant to securities or bonds is DENIED and DISMISSED. To the extent that Abram seeks to challenge his conviction, the petition is DISMISSED for lack of jurisdiction.

**THUS DONE AND SIGNED** at ~~Alexandria~~ Shreveport, Louisiana, this 31 day of January, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE